**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EUROTAI INTERNATIONAL, LTD., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| STOLLE MILK BIOLOGICS, INC., ) | |
| ) | |
| Defendant ) | |
| ) | Civil Action No.: _____ |
| and ) | |
| ) | |
| SPENCER TRASK SPECIALTY GROUP LLC ) | |
| ) | |
| Defendant ) | |
| ) | |

**COMPLAINT**

Plaintiff, Eurotai International, Ltd. ("Eurotai"), brings this action against Defendant, Stolle Milk Biologies, Inc. ("SMBI") and Spencer Trask Specialty Group LLC ("Spencer Trask"), jointly and severally, for, among other things, repayment of the unpaid principal and interest due under a promissory note and pleads in the alternative, as follows:

**PARTIES AND JURISDICTION**

1. Eurotai is a Hong Kong corporation with its principal place of business at 1702 Kodak House II, 321, Java Road, Hong Kong. Eurotai is in the business of selling SMBI products.

2. SMBI is a corporation organized under the laws of Delaware, with its principal place of business in Cincinnati, Ohio. SMBI is in the business of milk research and selling milk products. SBMI may be served with process at the offices of its registered agent in

Delaware, Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE 19808.

3. Spencer Trask is a limited liability company organized under the laws of Delaware, with its principal place of business at 535 Madison Avenue, New York, New York. Spencer Trask is, among other things, an investment firm. Spencer Trask may be served with process at the offices of its registered agent in Delaware, Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE 19808.

4. This Court has subject matter jurisdiction over this action, pursuant to 28 U.S.C. § 1332(a)(2), because the parties are citizens of a state and citizens or subjects of a foreign state and the amount in controversy exceeds $75,000.00.

5. This Court has personal jurisdiction over SMBI and Spencer Trask, because each is organized in Delaware and has appointed a registered agent.

## THE LOAN AND PROMISSORY NOTE

6. Eurotai agreed to loan $1,500,000.00 to SMBI. On or about July 2, 2002, SMBI executed a Promissory Note ("Note") in the amount of $1,500,000.00 in favor of Eurotai. The Note also requires SMBI to pay interest at the rate of 2.6% per annum. A copy of the Note is enclosed herewith as Exhibit 1 and is incorporated herein by reference.

7. The Note required SMBI to pay interest annually and to repay the entire unpaid principal amount together with unpaid accrued interest on December 2, 2004.

8. As of December 2, 2004, principal in the amount of $1,500,00.00 was due and interest of $35,901.00 was due for a total of $1,535.901.00

9. On or about December 2, 2004, Eurotai agreed to an extension of payment until March 31, 2005. A copy of the extension confirmation is enclosed as Exhibit 2, and is incorporated herein by reference.

10. Spencer Trask guaranteed payment of the Note. A copy of the letter of guarantee is enclosed herewith as Exhibit 3, and is incorporated herein by reference.

11. Spencer Trask agreed to guarantee the Note, as extended, and a copy of the letter confirming the guarantee is enclosed herewith as Exhibit 4, and is incorporated herein by reference.

12. SMBI has paid only the interest for the period ending December 31, 2003.

13. As of March 31, 2005, principal in the amount of $1,500,000.00 was, and is, due and interest of $48,616.44 was, and is, due for a total of $1,548,616.44.

14. Interest continues to accrue at 2.6% per annum until paid.

## COUNT 1

**(Promissory Note)**

15. Eurotai incorporates and realleges each of the above allegations as if set forth fully herein.

16. Under the Note, the entire principal amount, together with all accrued interest, was due on March 31, 2005.

17. After demand having been made, SMBI and Spencer Trask, and each of them, have failed and refuse to pay the amounts due under the Note as set forth hereinabove and in the Note. Accordingly, SMBI and Spencer Trask, and each of them, have defaulted on the Note.

SL1 557193v1/000000.00000

## **COUNT II**

### **(Implied Contract)**

18.     Eurotai incorporates and realleges each of the above allegations as if set forth fully herein.

19.     Pleading in the alternative, the acts and actions of Plaintiff and Defendants, and each of them, as set forth hereinabove, constitute an implied contract between Plaintiff and each Defendant, which each Defendant has breached by its failure to repay principal and accrued and accruing interest causing damages in those amounts, specified hereinabove, plus costs.

WHEREFORE, Eurotai requests that this Court enter judgment against Defendants, jointly and severally, and each of them, in the amount of $1,548,616.44 plus accrued interest at the time of judgment or an amount determined by the Court to be proper, plus the costs of bringing this action, attorneys' fees incurred by the Plaintiff in connection with this matter, and such other and further relief as the Court deems just and proper

Dated: July 19, 2005                **STEVENS & LEE, P.C.**


By: */s/ Joseph Grey*
Joseph Grey (ID 2358)
Thomas G. Whalen, Jr. (ID 4034)
1105 North Market Street
Seventh Floor
Wilmington, DE  19801
TEL:  (302) 654-5180
FAX:  (302) 654-5181
E-MAIL:  jg@stevenslee.com
           tgw@stevenslee.com

and


**BIRCH, STEWART, KOLASCH  & BIRCH, LLP**
Quentin R. Corrie (VSB #14140)
8110 Gatehouse Road, Suite 100 East
Falls Church, Virginia 22042-0747
TEL:  (703) 205-8000
FAX:  (703) 205-8050
E-MAIL:  qrc@bskb.com

Attorneys for Plaintiff Eurotai International, Ltd.

5