IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EUROTAI INTERNATIONAL, LTD., ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> STOLLE MILK BIOLOGICS, INC., and ) <br> SPENCER TRASK SPECIALTY GROUP LLC ) <br> ) <br> Defendants ) | Civil Action No.: 05-507 GMS |

## STIPULATION AND ORDER OF JUDGMENT

Plaintiff, Eurotai International, Ltd. ("Eurotai"), and Defendants Stolle Milk Biologics, Inc. ("SMBI") and Spencer Trask Specialty Group LLC ("Spencer Trask"), by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, as follows:

1. SMBI and Spencer Trask hereby confess judgment, jointly and severally, in favor of Eurotai in the amount of $1,588,169.86, plus interest at the rate of 2.6% per annum beginning on the date this Stipulation and Order of Judgment is filed with the United States District Court for the District of Delaware through December 31, 2005, plus interest calculated as set forth in 28 U.S.C. § 1961 beginning on the January 1, 2006 until paid in full (the "Judgment").

2. The Judgment is comprised of the following amounts:

| | |
|---|---|
| Principal and Interest through March 30, 2005 | $1,548,616.44 |
| Interest from April 1 through September 30, 2005 | $ 19,553.42 |
| Reasonable Attorneys' Fees | $ 20,000.00 |
| **TOTAL** (as of September 30, 2005) | **$1,588,169.86.** |

SL1 575521v1/100242.00001

3.  Once approved by the Court, this Stipulation and Order of Judgment shall resolve all issues presented by this Action and the Clerk of the Court may close this case.

| | |
|---|---|
| **STEVENS & LEE, P.C.** | **FINGER & SLANINA, LLC** |
| By: /s/ *signature* <br> Joseph Grey (ID 2358) <br> Thomas G. Whalen, Jr. (ID 4034) <br> 1105 North Market Street <br> Seventh Floor <br> Wilmington, DE 19801 <br> TEL: (302) 654-5180 <br> FAX: (302) 654-5181 <br> E-MAIL: jg@stevenslee.com <br> tgw@stevenslee.com | By: /s/ *signature* <br> David L. Finger (ID 2556) <br> One Commerce Street <br> 1201 Orange Street, Suite 725 <br> Wilmington, DE 19801-1155 <br> (302) 884-6766 <br> *Counsel for Defendants Stolle Milk Biologics, Inc. and Spencer Trask Specialty Group, LLC* |
| and | and |
| **BIRCH, STEWART, KOLASCH & BIRCH, LLP** <br> Quentin R. Corrie, Esquire <br> 8110 Gatehouse Road, Suite 100 East <br> Falls Church, Virginia 22042-0747 <br> TEL: (703) 205-8000 <br> FAX: (703) 205-8050 <br> E-MAIL: qrc@bskb.com | **GRAYDON HEAD & RITCHEY LLP** <br> John C. Greiner, Esquire <br> 1900 Fifth Third Center <br> 511 Walnut Street <br> Cincinnati, OH 45202 <br> *Counsel for Defendant Stolle Milk Biologics, Inc.* |
| *Attorneys for Plaintiff Eurotai International, Ltd.* | and |
| | **THE ROTH LAW FIRM PLLC** <br> Richard A. Roth, Esquire <br> 545 Fifth Avenue, Suite 960 <br> New York, New York 10017 <br> *Counsel for Defendant Spencer Trask Specialty Group, LLC* |

**SO ORDERED**, this ___ day of _____, 2005

_____
Gregory M. Sleet
United Sates District Court Judge